**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WEINERT, JOHN A | § | Case No. 09-72159 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 27, 2009. The undersigned trustee was appointed on May 27, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        42,868.94

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,833.68 |
| Bank service fees | 1,508.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 38,526.87 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/09/2009 and the deadline for filing governmental claims was 11/23/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,036.89. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,036.89, for a total compensation of $5,036.89.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $65.31, for total expenses of $65.31.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/11/2013       By: /s/JOSEPH D. OLSEN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-72159  
**Case Name:** WEINERT, JOHN A  

**Period Ending:** 11/11/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/27/09 (f)  
**§341(a) Meeting Date:** 07/01/09  
**Claims Bar Date:** 10/09/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 126 McLaren Drive, Sycamore, IL 60178 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account American National Bank of DeKal | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Used - HHGS/furnishing | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Used - wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Life Insurance (Wife beneficiary) | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Monthly payment received from purchaser of Two J | 42,000.00 | 0.00 | | 42,862.60 | FA |
| 7 | 1998 Ford Windstar 115,000 miles | 905.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Buick Century 50,000 miles | 4,710.00 | 0.00 | | 0.00 | FA |
| 9 | Met Life (trust interest) - amended Sch. B (u) | 2,156.88 | 0.00 | | 0.00 | FA |
| 10 | Check Acct - DUPLICATE ENTRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Used - DUPLICATE ENTRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Used - DUPLICATE ENTRY | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Life Insurance (Wife beneficiary)-DUPLICATE ENTR | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | MetLife Trust Interests - DUPLICATE ENTRY | 2,156.88 | 0.00 | | 0.00 | FA |
| 15 | Mo. pymt rec' from purchaser -DUPLICATE ENTRY | 42,000.00 | 0.00 | | 0.00 | FA |
| 16 | 98 Ford Windstar 115,000 miles - DUPLICATE ENTRY | 905.00 | 0.00 | | 0.00 | FA |
| 17 | 02 Buick Century 50,000 miles - DUPLICATE ENTRY | 4,710.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.34 | Unknown |
| 18 | **Assets** Totals (Excluding unknown values) | **$298,543.76** | **$0.00** | | **$42,868.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014     **Current Projected Date Of Final Report (TFR):**   November 12, 2013  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72159  
**Case Name:** WEINERT, JOHN A  

**Taxpayer ID #:** **-***9309  
**Period Ending:** 11/11/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****62-65 - Money Market Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/09 | {6} | Entile Nutrition, LLC (Fatboyz) | pymt. | 1129-000 | 851.60 | | 851.60 |
| 08/25/09 | {6} | Entile Nutrition (Fatboyz) | monthly pymt. | 1129-000 | 851.60 | | 1,703.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,703.24 |
| 09/28/09 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 85.60 | | 1,788.84 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,788.90 |
| 10/30/09 | {6} | Gregory J. Entile | monthly pymt. | 1129-000 | 851.60 | | 2,640.50 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,640.57 |
| 11/03/09 | {6} | Adjustment to Deposit | Deposit #100003-1 | 1129-000 | 766.00 | | 3,406.57 |
| 11/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.04 | | 3,406.61 |
| 11/30/09 | {6} | Gregory J. Entile (Fatboyz) | mo. pymt | 1129-000 | 851.60 | | 4,258.21 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 4,258.34 |
| 12/29/09 | {6} | Gregory J. Entile | mo. pymt. | 1129-000 | 851.60 | | 5,109.94 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 5,110.11 |
| 01/22/10 | {6} | Entile Nutrition, LLC | Monthly pymt. | 1129-000 | 851.60 | | 5,961.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,961.91 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,962.13 |
| 03/05/10 | {6} | Entile Nutrition LLC | monthly pymt from purchaser | 1129-000 | 851.60 | | 6,813.73 |
| 03/24/10 | {6} | Entile Nutrition LLC | Mo. pymt. rec'd from purchaser | 1129-000 | 851.60 | | 7,665.33 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,665.62 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 7,665.81 |
| 04/20/10 | | Wire out to BNYM account 9200******6265 | Wire out to BNYM account 9200******6265 | 9999-000 | -7,665.81 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -7,665.81 | 0.00 | |
| | | | **Subtotal** | | 7,665.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,665.81** | **$0.00** | |

{} Asset reference(s)

Printed: 11/11/2013 11:02 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WEINERT, JOHN A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-65 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 11/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | 9999-000 | 7,665.81 | | 7,665.81 |
| 04/23/10 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 8,517.41 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 8,517.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,518.08 |
| 06/01/10 | {6} | Gregory J. Enitle | mo. pymt. | 1129-000 | 851.60 | | 9,369.68 |
| 06/04/10 | | To Account #9200******6266 | Payment of bond premium | 9999-000 | | 7.77 | 9,361.91 |
| 06/08/10 | | To Account #9200******6266 | balance of bond premium | 9999-000 | | 0.60 | 9,361.31 |
| 06/21/10 | {6} | Fat Boyz | Monthly payment | 1129-000 | 851.60 | | 10,212.91 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.55 | | 10,213.46 |
| 07/27/10 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 11,065.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 11,065.68 |
| 08/24/10 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 11,917.28 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.66 | | 11,917.94 |
| 09/27/10 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 12,769.54 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,769.63 |
| 10/27/10 | {6} | Entile Nutrition LLC | Mo. pymt. | 1129-000 | 851.60 | | 13,621.23 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,621.32 |
| 11/23/10 | {6} | Entile Nutritions, LLC | monthly pymt. | 1129-000 | 851.60 | | 14,472.92 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,473.02 |
| 12/30/10 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 15,324.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,324.74 |
| 01/25/11 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 16,176.34 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,176.47 |
| 02/23/11 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 17,028.07 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 17,028.19 |
| 03/30/11 | {6} | Entile Nutrition LLC | monthly  pymt. | 1129-000 | 851.60 | | 17,879.79 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,879.93 |
| 04/26/11 | {6} | Entile Nutrition LLC | monthly pmt. | 1129-000 | 851.60 | | 18,731.53 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 18,731.66 |
| 05/17/11 | | To Account #9200******6266 | Pay state & federal taxes | 9999-000 | | 443.00 | 18,288.66 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,288.81 |
| 06/01/11 | | To Account #9200******6266 | pay bond premium | 9999-000 | | 15.06 | 18,273.75 |
| 06/02/11 | {6} | Entile Nurtrition - Fatboyz | monthly pymt. | 1129-000 | 851.60 | | 19,125.35 |
| 06/14/11 | | To Account #9200******6266 | Pay Acct. fees per Court Order of 6/13/11 | 9999-000 | | 700.00 | 18,425.35 |
| 06/30/11 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 19,276.95 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,277.10 |

Subtotals :   $20,443.53   $1,166.43

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-72159 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | WEINERT, JOHN A | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******62-65 - Checking Account |
| Taxpayer ID #: | **-***9309 | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 11/11/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,277.25 |
| 08/01/11 | {6} | Entile Nutrition, LLC | monthly installment pymt. | 1129-000 | 851.60 | | 20,128.85 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.97 | 20,091.88 |
| 08/30/11 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 20,943.48 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,943.64 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.51 | 20,897.13 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.32 | 20,898.45 |
| 09/27/11 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 21,750.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 21,750.21 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.00 | 21,707.21 |
| 10/12/11 | | To Account #9200******6266 | IL-1041 (late pymt penalty notice) Fiduciary Income | 9999-000 | | 24.26 | 21,682.95 |
| 10/31/11 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 22,534.55 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,534.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.09 | 22,491.64 |
| 11/29/11 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 23,343.24 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 23,343.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.12 | 23,294.29 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,294.48 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.86 | 23,246.62 |
| 01/03/12 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 24,098.22 |
| 01/31/12 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 24,949.82 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,950.02 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.38 | 24,897.64 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.25 | 24,848.39 |
| 03/01/12 | {6} | Entile Nutrition LLC - Fatboyz | mo. pymt. | 1129-000 | 851.60 | | 25,699.99 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.54 | 25,647.45 |
| 04/04/12 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 26,499.05 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.84 | 26,447.21 |
| 05/01/12 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 27,298.81 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.30 | 27,237.51 |
| 06/04/12 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 28,089.11 |
| 06/05/12 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #09-72159, #016018067 | 2300-000 | | 35.65 | 28,053.46 |
| 06/29/12 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 28,905.06 |

Subtotals :    $10,220.41    $592.45

{} Asset reference(s)                                                                                                                        Printed: 11/11/2013 11:02 AM    V.13.13

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WEINERT, JOHN A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-65 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 11/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.30 | 28,849.76 |
| 07/30/12 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 29,701.36 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.88 | 29,638.48 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.75 | 29,575.73 |
| 09/04/12 | {6} | Fatboyz | monthly pymt | 1129-000 | 851.60 | | 30,427.33 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.90 | 30,369.43 |
| 10/01/12 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 31,221.03 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.14 | 31,150.89 |
| 11/01/12 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 32,002.49 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.46 | 31,937.03 |
| 12/03/12 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 32,788.63 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.71 | 32,723.92 |
| 01/03/13 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 33,575.52 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 33,575.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 35,773.54 | 35,773.54 | $0.00 |
| | | | Less: Bank Transfers | | 7,665.81 | 34,766.21 | |
| | | | **Subtotal** | | **28,107.73** | **1,007.33** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,107.73** | **$1,007.33** | |

{} Asset reference(s)

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WEINERT, JOHN A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-66 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 11/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/10 | | From Account #9200******6265 | Payment of bond premium | 9999-000 | 7.77 | | 7.77 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72159, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 7.77 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72159, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -7.77 | 7.77 |
| 06/08/10 | | From Account #9200******6265 | balance of bond premium | 9999-000 | 0.60 | | 8.37 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72159, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 8.37 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72159, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -8.37 | 8.37 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72159, Bond Premium #016018067 | 2300-000 | | 8.37 | 0.00 |
| 05/17/11 | | From Account #9200******6265 | Pay state & federal taxes | 9999-000 | 443.00 | | 443.00 |
| 05/17/11 | 104 | Illinois Department of Revenue | IL-1041 tax year ended 4/30/11 | 2820-000 | | 247.00 | 196.00 |
| 05/17/11 | 105 | Illinois Department of Revenue | pymt of IL-1041 for tax year ended 4/30/10 | 2820-000 | | 196.00 | 0.00 |
| 06/01/11 | | From Account #9200******6265 | pay bond premium | 9999-000 | 15.06 | | 15.06 |
| 06/01/11 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-72159, BOND #016018067 | 2300-000 | | 15.06 | 0.00 |
| 06/14/11 | | From Account #9200******6265 | Pay Acct. fees per Court Order of 6/13/11 | 9999-000 | 700.00 | | 700.00 |
| 06/14/11 | 107 | Benning Group, LLC | Pay Accountants fees per court order 6/13/11 | 3310-000 | | 700.00 | 0.00 |
| 10/12/11 | | From Account #9200******6265 | IL-1041 (late pymt penalty notice) Fiduciary Income | 9999-000 | 24.26 | | 24.26 |
| 10/12/11 | 108 | Illinois Department of Revenue | FEIN #54-6859309/Acct ID 11873-69888 (late-pymt penalty) | 2820-000 | | 24.26 | 0.00 |

Subtotals :    $1,190.69    $1,190.69

{} Asset reference(s)

Printed: 11/11/2013 11:02 AM    V.13.13

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-72159 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | WEINERT, JOHN A | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******62-66 - Checking Account |
| **Taxpayer ID #:** | **-***9309 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 11/11/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 1,190.69 | 1,190.69 | $0.00 |
| | | | Less: Bank Transfers | | 1,190.69 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,190.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,190.69** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 09-72159  
**Case Name:** WEINERT, JOHN A  

**Taxpayer ID #:** **-***9309  
**Period Ending:** 11/11/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****031165 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 33,575.52 | | 33,575.52 |
| 01/31/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 34,427.12 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.25 | 34,375.87 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.98 | 34,329.89 |
| 03/01/13 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 35,181.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.75 | 35,132.74 |
| 04/01/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 35,984.34 |
| 04/30/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 36,835.94 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.04 | 36,780.90 |
| 05/30/13 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 37,632.50 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.62 | 37,577.88 |
| 06/05/13 | 21002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #09-72159, Bond #016018067 | 2300-000 | | 36.06 | 37,541.82 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.41 | 37,491.41 |
| 07/01/13 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 38,343.01 |
| 07/30/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 39,194.61 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.50 | 39,134.11 |
| 08/13/13 | 21003 | Illinois Department of Revenue | EIN 54-6859309 - Form IL-1041 yr end 4/30/12 | 2820-000 | | 369.00 | 38,765.11 |
| 08/13/13 | 21004 | Illinois Department of Revenue | EIN 54-6859309, Form IL-1041 yr. end 4/30/13 | 2820-000 | | 408.00 | 38,357.11 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.87 | 38,301.24 |
| 09/04/13 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 39,152.84 |
| 09/06/13 | 21005 | Benning Group, LLC | Per Court order 9/4 to pay accts | 3410-000 | | 750.00 | 38,402.84 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.65 | 38,349.19 |
| 10/09/13 | 21006 | Illinois Department of Revenue | payment for 4/30/12 penalty & interest | 2820-000 | | 44.28 | 38,304.91 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.64 | 38,244.27 |
| 11/08/13 | {6} | Entile Nutrition, LLC | monthly pymt | 1129-000 | 282.60 | | 38,526.87 |
| | | | **ACCOUNT TOTALS** | | 40,670.92 | 2,144.05 | **$38,526.87** |
| | | | Less: Bank Transfers | | 33,575.52 | 0.00 | |
| | | | **Subtotal** | | 7,095.40 | 2,144.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,095.40** | **$2,144.05** | |

{} Asset reference(s)

Printed: 11/11/2013 11:02 AM    V.13.13

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WEINERT, JOHN A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****031166 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 11/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Net Receipts :      42,868.94
_____
Net Estate :        $42,868.94

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****62-65** | 7,665.81 | 0.00 | 0.00 |
| **Checking # 9200-******62-65** | 28,107.73 | 1,007.33 | 0.00 |
| **Checking # 9200-******62-66** | 0.00 | 1,190.69 | 0.00 |
| **Checking # ****031165** | 7,095.40 | 2,144.05 | 38,526.87 |
| **Checking # ****031166** | 0.00 | 0.00 | 0.00 |
| | $42,868.94 | $4,342.07 | $38,526.87 |

{} Asset reference(s)

Printed: 11/11/2013 11:02 AM    V.13.13

# Claims Proposed Distribution

### Case: 09-72159   WEINERT, JOHN A

**Case Balance:** $38,526.87     **Total Proposed Payment:** $38,526.87     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 65.31 | 65.31 | 0.00 | 65.31 | 65.31 | 38,461.56 |
|  | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 5,036.89 | 5,036.89 | 0.00 | 5,036.89 | 5,036.89 | 33,424.67 |
|  | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,271.25 | 1,271.25 | 0.00 | 1,271.25 | 1,271.25 | 32,153.42 |
| 1 | Advanta Bank Corp | Unsecured | 18,424.40 | 18,424.40 | 0.00 | 18,424.40 | 5,028.31 | 27,125.11 |
| 2 | State Farm Bank | Unsecured | 7,431.43 | 7,431.43 | 0.00 | 7,431.43 | 2,028.15 | 25,096.96 |
| 3 | PYOD LLC its successors and assigns as assignee of | Unsecured | 1,626.02 | 1,626.02 | 0.00 | 1,626.02 | 443.77 | 24,653.19 |
| 4 | Chase Bank USA, N.A. | Unsecured | 25,449.64 | 25,449.64 | 0.00 | 25,449.64 | 6,945.60 | 17,707.59 |
| 5 | Chase Bank USA, N.A. | Unsecured | 32,135.91 | 32,135.91 | 0.00 | 32,135.91 | 8,770.39 | 8,937.20 |
| 6 | PYOD LLC its successors and assigns as assignee of | Unsecured | 5,201.04 | 5,201.04 | 0.00 | 5,201.04 | 1,419.44 | 7,517.76 |
| 7 | American Express Centurion Bank | Unsecured | 2,339.14 | 2,339.14 | 0.00 | 2,339.14 | 638.39 | 6,879.37 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 24,206.06 | 24,206.06 | 0.00 | 24,206.06 | 6,606.21 | 273.16 |
| 9 | Midland Funding LLC | Unsecured | 1,000.89 | 1,000.89 | 0.00 | 1,000.89 | 273.16 | 0.00 |
|  | **Total for Case 09-72159 :** |  | **$124,187.98** | **$124,187.98** | **$0.00** | **$124,187.98** | **$38,526.87** |  |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $6,373.45 | $6,373.45 | $0.00 | $6,373.45 | 100.000000% |
| **Total Unsecured Claims :** | $117,814.53 | $117,814.53 | $0.00 | $32,153.42 | 27.291557% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72159
Case Name: WEINERT, JOHN A
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 38,526.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 38,526.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 5,036.89 | 0.00 | 5,036.89 |
| Trustee, Expenses - JOSEPH D. OLSEN | 65.31 | 0.00 | 65.31 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,271.25 | 0.00 | 1,271.25 |

Total to be paid for chapter 7 administration expenses: $ 6,373.45
Remaining balance: $ 32,153.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,153.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 32,153.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,814.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corp | 18,424.40 | 0.00 | 5,028.31 |
| 2 | State Farm Bank | 7,431.43 | 0.00 | 2,028.15 |
| 3 | PYOD LLC its successors and assigns as assignee of | 1,626.02 | 0.00 | 443.77 |
| 4 | Chase Bank USA, N.A. | 25,449.64 | 0.00 | 6,945.60 |
| 5 | Chase Bank USA, N.A. | 32,135.91 | 0.00 | 8,770.39 |
| 6 | PYOD LLC its successors and assigns as assignee of | 5,201.04 | 0.00 | 1,419.44 |
| 7 | American Express Centurion Bank | 2,339.14 | 0.00 | 638.39 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 24,206.06 | 0.00 | 6,606.21 |
| 9 | Midland Funding LLC | 1,000.89 | 0.00 | 273.16 |

| | Total to be paid for timely general unsecured claims: | $ | 32,153.42 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**