# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WEINERT, JOHN A                            § Case No. 09-72159
                                                  §
                                                  §
Debtor(s)                                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN                      , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    327 South Church Street, Room #1100
    Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 12/30/2013 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/11/2013          By:  /s/JOSEPH D. OLSEN
                                                              Trustee

JOSEPH D. OLSEN  
1318 EAST STATE STREET  
ROCKFORD, IL  61104-2228  
(815) 965-8635  
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WEINERT, JOHN A § Case No. 09-72159
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 42,868.94 |
| *and approved disbursements of* | $ 4,342.07 |
| *leaving a balance on hand of* [1] | $ 38,526.87 |
| **Balance on hand:** | $ 38,526.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 38,526.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 5,036.89 | 0.00 | 5,036.89 |
| Trustee, Expenses - JOSEPH D. OLSEN | 65.31 | 0.00 | 65.31 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,271.25 | 0.00 | 1,271.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,373.45 |
| Remaining balance: | $ 32,153.42 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 32,153.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 32,153.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,814.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corp | 18,424.40 | 0.00 | 5,028.31 |
| 2 | State Farm Bank | 7,431.43 | 0.00 | 2,028.15 |
| 3 | PYOD LLC its successors and assigns as assignee of | 1,626.02 | 0.00 | 443.77 |
| 4 | Chase Bank USA, N.A. | 25,449.64 | 0.00 | 6,945.60 |
| 5 | Chase Bank USA, N.A. | 32,135.91 | 0.00 | 8,770.39 |
| 6 | PYOD LLC its successors and assigns as assignee of | 5,201.04 | 0.00 | 1,419.44 |
| 7 | American Express Centurion Bank | 2,339.14 | 0.00 | 638.39 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 24,206.06 | 0.00 | 6,606.21 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | Midland Funding LLC | 1,000.89 | 0.00 | 273.16 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 32,153.42 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-72159-TML
John A Weinert                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Nov 25, 2013
                              Form ID: pdf006         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2013.
```
db          +John A Weinert,    126 McLaren Drive,    Sycamore, IL 60178-2255
14186615     Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13961221     Advanta Business Card,    P. O. Box,   Philadelphia, PA 19101-8088
13961222     American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
14319211     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13961223    +American National Bank,    of DeKalb County,    1985 DeKalb Avenue,    Sycamore, IL 60178-3107
13961224     Bank of America,    P.O. box 15710,    Wilmington, DE 19886-5710
13961225     Chase AARP/Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
14265174     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13961226     Citi,   P.O. Box 688911,    Des Moines, IA 50368-8911
13961227     Citibusiness Card,    P.O. Box 688911,    Des Moines, IA 50368-8911
13961228     First Equity Card,    P.O. box 26029,    Columbus, GA 31902-3029
13961230    +Lowe’s Business Home Improvement,    P.O. Box 530970,    Atlanta, GA 30353-0970
13961231    +Menards,   HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL 60197-5219
13961232     Merrill Lynch Card,    P.O. box 15019,    Wilmington, DE 19886-5019
19931753     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
13961233    +Nationstar,    P.O. Box 650783,    Dallas, TX 75265-0783
14019847    +Nationstar Mortgage,    P O Box 829009,    Dallas, TX 75382-9009
13961234    +Patricia Weinert,    126 McLaren Drive,    Sycamore, IL 60178-2255
13961236     Sears,   P.O. Box 6282,    Sioux Falls, SD 57117-6282
13961237     State Farm,    P.O. Box 23025,    Columbus, GA 31902-3025
14191468     State Farm Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14429360       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 26 2013 02:04:05
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14046408       E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2013 02:04:42      GE Money Bank,
              c/o Recovery Management Systems Corp,    25 S E 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
              Miami, FL 33131-1605
13961229       E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2013 02:02:58      Lowe’s,    P.O. Box 960010,
              Orlando, FL 32896-0010
14197621      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2013 02:02:28
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
19931754       E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2013 02:03:05
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
14472481      +E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2013 02:03:05
              Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWE’S PLATINUM VISA,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13961235*     +Patricia Weinert,   126 McLaren Drive,    Sycamore, IL 60178-2255
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2013 at the address(es) listed below:
```
              Bradley J Waller    on behalf of Debtor John A Weinert bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Joseph D Olsen    on behalf of Accountant    Benning Group LLC jolsenlaw@aol.com,   IL46@ECFCBIS.com
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
```

```
District/off: 0752-3          User: vgossett              Page 2 of 2              Date Rcvd: Nov 25, 2013
                              Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com,    IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                                 TOTAL: 6