# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WEINERT, JOHN A           § Case No. 09-72159
                                 §
                                 §
Debtor(s)                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $256,543.76              Assets Exempt: $0.00
(without deducting any secured claims)

Total Distribution to Claimants: $32,153.42    Claims Discharged
                                               Without Payment: $124,863.92

Total Expenses of Administration: $10,715.52
```

3) Total gross receipts of $ 42,868.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $42,868.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $141,613.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,715.52 | 10,715.52 | 10,715.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 155,622.58 | 117,814.53 | 117,814.53 | 32,153.42 |
| **TOTAL DISBURSEMENTS** | $297,235.94 | $128,530.05 | $128,530.05 | $42,868.94 |

4) This case was originally filed under Chapter 7 on May 27, 2009. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2014          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Monthly payment received from purchaser of Two J | 1129-000 | 42,862.60 |
| Interest Income | 1270-000 | 6.34 |
| **TOTAL GROSS RECEIPTS** | | **$42,868.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | (blank name) | 4110-000 | 133,070.36 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 8,543.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$141,613.36** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,036.89 | 5,036.89 | 5,036.89 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 65.31 | 65.31 | 65.31 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,271.25 | 1,271.25 | 1,271.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.37 | 8.37 | 8.37 |
| Illinois Department of Revenue | 2820-000 | N/A | 247.00 | 247.00 | 247.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 196.00 | 196.00 | 196.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.06 | 15.06 | 15.06 |
| Benning Group, LLC | 3310-000 | N/A | 700.00 | 700.00 | 700.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.97 | 36.97 | 36.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.19 | 45.19 | 45.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.00 | 43.00 | 43.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 24.26 | 24.26 | 24.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.09 | 43.09 | 43.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.12 | 49.12 | 49.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.86 | 47.86 | 47.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.38 | 52.38 | 52.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.25 | 49.25 | 49.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.54 | 52.54 | 52.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.84 | 51.84 | 51.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.30 | 61.30 | 61.30 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 35.65 | 35.65 | 35.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.30 | 55.30 | 55.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.88 | 62.88 | 62.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.75 | 62.75 | 62.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.90 | 57.90 | 57.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 70.14 | 70.14 | 70.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.46 | 65.46 | 65.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.71 | 64.71 | 64.71 |
| Rabobank, N.A. | 2600-000 | N/A | 51.25 | 51.25 | 51.25 |
| Rabobank, N.A. | 2600-000 | N/A | 45.98 | 45.98 | 45.98 |
| Rabobank, N.A. | 2600-000 | N/A | 48.75 | 48.75 | 48.75 |
| Rabobank, N.A. | 2600-000 | N/A | 55.04 | 55.04 | 55.04 |
| Rabobank, N.A. | 2600-000 | N/A | 54.62 | 54.62 | 54.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 36.06 | 36.06 | 36.06 |
| Rabobank, N.A. | 2600-000 | N/A | 50.41 | 50.41 | 50.41 |
| Rabobank, N.A. | 2600-000 | N/A | 60.50 | 60.50 | 60.50 |
| Illinois Department of Revenue | 2820-000 | N/A | 369.00 | 369.00 | 369.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | N/A | 408.00 | 408.00 | 408.00 |
| Rabobank, N.A. | 2600-000 | N/A | 55.87 | 55.87 | 55.87 |
| Benning Group, LLC | 3410-000 | N/A | 750.00 | 750.00 | 750.00 |
| Rabobank, N.A. | 2600-000 | N/A | 53.65 | 53.65 | 53.65 |
| Illinois Department of Revenue | 2820-000 | N/A | 44.28 | 44.28 | 44.28 |
| Rabobank, N.A. | 2600-000 | N/A | 60.64 | 60.64 | 60.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$10,715.52** | **$10,715.52** | **$10,715.52** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corp | 7100-000 | 15,969.05 | 18,424.40 | 18,424.40 | 5,028.31 |
| 2 | State Farm Bank | 7100-000 | 7,500.00 | 7,431.43 | 7,431.43 | 2,028.15 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,407.45 | 1,626.02 | 1,626.02 | 443.77 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 17,174.19 | 25,449.64 | 25,449.64 | 6,945.60 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 52,592.11 | 32,135.91 | 32,135.91 | 8,770.39 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 18,434.94 | 5,201.04 | 5,201.04 | 1,419.44 |
| 7 | American Express Centurion Bank | 7100-000 | 2,302.62 | 2,339.14 | 2,339.14 | 638.39 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 24,206.06 | 24,206.06 | 6,606.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Midland Funding LLC | 7100-000 | 1,039.41 | 1,000.89 | 1,000.89 | 273.16 |
| NOTFILED | First Equity Card | 7100-000 | 8,583.40 | N/A | N/A | 0.00 |
| NOTFILED | Menards HSBC Business Solutions | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's | 7100-000 | 935.15 | N/A | N/A | 0.00 |
| NOTFILED | Merrill Lynch Card | 7100-000 | 23,672.54 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 4,511.72 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $155,622.58 | $117,814.53 | $117,814.53 | $32,153.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-72159  
**Case Name:** WEINERT, JOHN A  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/27/09 (f)  
**§341(a) Meeting Date:** 07/01/09  

**Period Ending:** 02/28/14  

**Claims Bar Date:** 10/09/09

| 1 Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 126 McLaren Drive, Sycamore, IL 60178 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 Checking Account American National Bank of DeKal | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 Used - HHGS/furnishing | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 Used - wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5 Life Insurance (Wife beneficiary) | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 Monthly payment received from purchaser of Two J | 42,000.00 | 0.00 | | 42,862.60 | FA |
| 7 1998 Ford Windstar 115,000 miles | 905.00 | 0.00 | | 0.00 | FA |
| 8 2002 Buick Century 50,000 miles | 4,710.00 | 0.00 | | 0.00 | FA |
| 9 Met Life (trust interest) - amended Sch. B (u) | 2,156.88 | 0.00 | | 0.00 | FA |
| 10 Check Acct - DUPLICATE ENTRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 Used - DUPLICATE ENTRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 Used - DUPLICATE ENTRY | 500.00 | 0.00 | | 0.00 | FA |
| 13 Life Insurance (Wife beneficiary)-DUPLICATE ENTR | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 MetLife Trust Interests - DUPLICATE ENTRY | 2,156.88 | 0.00 | | 0.00 | FA |
| 15 Mo. pymt rec' from purchaser -DUPLICATE ENTRY | 42,000.00 | 0.00 | | 0.00 | FA |
| 16 98 Ford Windstar 115,000 miles - DUPLICATE ENTRY | 905.00 | 0.00 | | 0.00 | FA |
| 17 02 Buick Century 50,000 miles - DUPLICATE ENTRY | 4,710.00 | 0.00 | | 0.00 | FA |
| Int INTEREST (u) | Unknown | N/A | | 6.34 | FA |
| 18 Assets Totals (Excluding unknown values) | **$298,543.76** | **$0.00** | | **$42,868.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2014    **Current Projected Date Of Final Report (TFR):** November 22, 2013  (Actual)

Printed: 02/28/2014 03:55 PM    V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72159  **Trustee:** JOSEPH D. OLSEN (330400)
**Case Name:** WEINERT, JOHN A  **Bank Name:** JPMORGAN CHASE BANK, N.A.
  **Account:** \*\*\*-\*\*\*\*\*62-65 - Money Market Account
**Taxpayer ID #:** \*\*-\*\*\*9309  **Blanket Bond:** $820,095.60 (per case limit)
**Period Ending:** 02/28/14  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/09 | {6} | Entile Nutrition, LLC (Fatboyz) | pymt. | 1129-000 | 851.60 | | 851.60 |
| 08/25/09 | {6} | Entile Nutrition (Fatboyz) | monthly pymt. | 1129-000 | 851.60 | | 1,703.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,703.24 |
| 09/28/09 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 85.60 | | 1,788.84 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,788.90 |
| 10/30/09 | {6} | Gregory J. Entile | monthly pymt. | 1129-000 | 851.60 | | 2,640.50 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,640.57 |
| 11/03/09 | {6} | Adjustment to Deposit | Deposit #100003-1 | 1129-000 | 766.00 | | 3,406.57 |
| 11/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.04 | | 3,406.61 |
| 11/30/09 | {6} | Gregory J. Entile (Fatboyz) | mo. pymt | 1129-000 | 851.60 | | 4,258.21 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 4,258.34 |
| 12/29/09 | {6} | Gregory J. Entile | mo. pymt. | 1129-000 | 851.60 | | 5,109.94 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 5,110.11 |
| 01/22/10 | {6} | Entile Nutrition, LLC | Monthly pymt. | 1129-000 | 851.60 | | 5,961.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,961.91 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,962.13 |
| 03/05/10 | {6} | Entile Nutrition LLC | monthly pymt from purchaser | 1129-000 | 851.60 | | 6,813.73 |
| 03/24/10 | {6} | Entile Nutrition LLC | Mo. pymt. rec'd from purchaser | 1129-000 | 851.60 | | 7,665.33 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,665.62 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 7,665.81 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*6265 | Wire out to BNYM account 9200\*\*\*\*\*\*6265 | 9999-000 | -7,665.81 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -7,665.81 | 0.00 | |
| | | | **Subtotal** | | 7,665.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,665.81** | **$0.00** | |

{} Asset reference(s)  Printed: 02/28/2014 03:55 PM  V.13.14

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | WEINERT, JOHN A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-65 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/28/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | 9999-000 | 7,665.81 | | 7,665.81 |
| 04/23/10 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 8,517.41 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 8,517.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,518.08 |
| 06/01/10 | {6} | Gregory J. Enitle | mo. pymt. | 1129-000 | 851.60 | | 9,369.68 |
| 06/04/10 | | To Account #9200******6266 | Payment of bond premium | 9999-000 | | 7.77 | 9,361.91 |
| 06/08/10 | | To Account #9200******6266 | balance of bond premium | 9999-000 | | 0.60 | 9,361.31 |
| 06/21/10 | {6} | Fat Boyz | Monthly payment | 1129-000 | 851.60 | | 10,212.91 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.55 | | 10,213.46 |
| 07/27/10 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 11,065.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 11,065.68 |
| 08/24/10 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 11,917.28 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.66 | | 11,917.94 |
| 09/27/10 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 12,769.54 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,769.63 |
| 10/27/10 | {6} | Entile Nutrition LLC | Mo. pymt. | 1129-000 | 851.60 | | 13,621.23 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,621.32 |
| 11/23/10 | {6} | Entile Nutritions, LLC | monthly pymt. | 1129-000 | 851.60 | | 14,472.92 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,473.02 |
| 12/30/10 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 15,324.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,324.74 |
| 01/25/11 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 16,176.34 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,176.47 |
| 02/23/11 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 17,028.07 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 17,028.19 |
| 03/30/11 | {6} | Entile Nutrition LLC | monthly  pymt. | 1129-000 | 851.60 | | 17,879.79 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,879.93 |
| 04/26/11 | {6} | Entile Nutrition LLC | monthly pmt. | 1129-000 | 851.60 | | 18,731.53 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 18,731.66 |
| 05/17/11 | | To Account #9200******6266 | Pay state & federal taxes | 9999-000 | | 443.00 | 18,288.66 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,288.81 |
| 06/01/11 | | To Account #9200******6266 | pay bond premium | 9999-000 | | 15.06 | 18,273.75 |
| 06/02/11 | {6} | Entile Nurtrition - Fatboyz | monthly pymt. | 1129-000 | 851.60 | | 19,125.35 |
| 06/14/11 | | To Account #9200******6266 | Pay Acct. fees per Court Order of 6/13/11 | 9999-000 | | 700.00 | 18,425.35 |
| 06/30/11 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 19,276.95 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,277.10 |

Subtotals :    $20,443.53    $1,166.43

{} Asset reference(s)    Printed: 02/28/2014 03:55 PM    V.13.14

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-72159  
**Case Name:** WEINERT, JOHN A  
**Taxpayer ID #:** **-***9309  
**Period Ending:** 02/28/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,277.25 |
| 08/01/11 | {6} | Entile Nutrition, LLC | monthly installment pymt. | 1129-000 | 851.60 | | 20,128.85 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.97 | 20,091.88 |
| 08/30/11 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 20,943.48 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,943.64 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.51 | 20,897.13 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.32 | 20,898.45 |
| 09/27/11 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 21,750.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 21,750.21 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.00 | 21,707.21 |
| 10/12/11 | | To Account #9200******6266 | IL-1041 (late pymt penalty notice) Fiduciary Income | 9999-000 | | 24.26 | 21,682.95 |
| 10/31/11 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 22,534.55 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,534.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.09 | 22,491.64 |
| 11/29/11 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 23,343.24 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 23,343.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.12 | 23,294.29 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,294.48 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.86 | 23,246.62 |
| 01/03/12 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 24,098.22 |
| 01/31/12 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 24,949.82 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,950.02 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.38 | 24,897.64 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.25 | 24,848.39 |
| 03/01/12 | {6} | Entile Nutrition LLC - Fatboyz | mo. pymt. | 1129-000 | 851.60 | | 25,699.99 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.54 | 25,647.45 |
| 04/04/12 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 26,499.05 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.84 | 26,447.21 |
| 05/01/12 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 27,298.81 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.30 | 27,237.51 |
| 06/04/12 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 28,089.11 |
| 06/05/12 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #09-72159, #016018067 | 2300-000 | | 35.65 | 28,053.46 |
| 06/29/12 | {6} | Entile Nutrition LLC | monthly pymt. | 1129-000 | 851.60 | | 28,905.06 |

Subtotals :    $10,220.41    $592.45

{} Asset reference(s)                                                                                                   Printed: 02/28/2014 03:55 PM    V.13.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-72159  
**Case Name:** WEINERT, JOHN A  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-65 - Checking Account  

**Taxpayer ID #:** **-***9309  
**Period Ending:** 02/28/14  

**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.30 | 28,849.76 |
| 07/30/12 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 29,701.36 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.88 | 29,638.48 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.75 | 29,575.73 |
| 09/04/12 | {6} | Fatboyz | monthly pymt | 1129-000 | 851.60 | | 30,427.33 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.90 | 30,369.43 |
| 10/01/12 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 31,221.03 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.14 | 31,150.89 |
| 11/01/12 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 32,002.49 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.46 | 31,937.03 |
| 12/03/12 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 32,788.63 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.71 | 32,723.92 |
| 01/03/13 | {6} | Entile Nutrition, LLC | monthly pymt. | 1129-000 | 851.60 | | 33,575.52 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 33,575.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 35,773.54 | 35,773.54 | $0.00 |
| | | | Less: Bank Transfers | | 7,665.81 | 34,766.21 | |
| | | | **Subtotal** | | 28,107.73 | 1,007.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,107.73** | **$1,007.33** | |

{} Asset reference(s)

Printed: 02/28/2014 03:55 PM    V.13.14

Exhibit 9

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WEINERT, JOHN A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-66 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/28/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******6265 | Payment of bond premium | 9999-000 | 7.77 | | 7.77 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72159, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 7.77 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72159, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -7.77 | 7.77 |
| 06/08/10 | | From Account #9200******6265 | balance of bond premium | 9999-000 | 0.60 | | 8.37 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72159, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 8.37 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72159, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -8.37 | 8.37 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72159, Bond Premium #016018067 | 2300-000 | | 8.37 | 0.00 |
| 05/17/11 | | From Account #9200******6265 | Pay state & federal taxes | 9999-000 | 443.00 | | 443.00 |
| 05/17/11 | 104 | Illinois Department of Revenue | IL-1041 tax year ended 4/30/11 | 2820-000 | | 247.00 | 196.00 |
| 05/17/11 | 105 | Illinois Department of Revenue | pymt of IL-1041 for tax year ended 4/30/10 | 2820-000 | | 196.00 | 0.00 |
| 06/01/11 | | From Account #9200******6265 | pay bond premium | 9999-000 | 15.06 | | 15.06 |
| 06/01/11 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-72159, BOND #016018067 | 2300-000 | | 15.06 | 0.00 |
| 06/14/11 | | From Account #9200******6265 | Pay Acct. fees per Court Order of 6/13/11 | 9999-000 | 700.00 | | 700.00 |
| 06/14/11 | 107 | Benning Group, LLC | Pay Accountants fees per court order 6/13/11 | 3310-000 | | 700.00 | 0.00 |
| 10/12/11 | | From Account #9200******6265 | IL-1041 (late pymt penalty notice) Fiduciary Income | 9999-000 | 24.26 | | 24.26 |
| 10/12/11 | 108 | Illinois Department of Revenue | FEIN #54-6859309/Acct ID 11873-69888 (late-pymt penalty) | 2820-000 | | 24.26 | 0.00 |

Subtotals :         $1,190.69         $1,190.69

{} Asset reference(s)                                           Printed: 02/28/2014 03:55 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WEINERT, JOHN A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-66 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/28/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,190.69 | 1,190.69 | $0.00 |
| | | | Less: Bank Transfers | | 1,190.69 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **1,190.69** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,190.69** | |

{} Asset reference(s)                                                                                                   Printed: 02/28/2014 03:55 PM    V.13.14

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 09-72159  
**Case Name:** WEINERT, JOHN A  

**Taxpayer ID #:** **-***9309  
**Period Ending:** 02/28/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****031165 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 33,575.52 | | 33,575.52 |
| 01/31/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 34,427.12 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.25 | 34,375.87 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.98 | 34,329.89 |
| 03/01/13 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 35,181.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.75 | 35,132.74 |
| 04/01/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 35,984.34 |
| 04/30/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 36,835.94 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.04 | 36,780.90 |
| 05/30/13 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 37,632.50 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.62 | 37,577.88 |
| 06/05/13 | 21002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #09-72159, Bond #016018067 | 2300-000 | | 36.06 | 37,541.82 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.41 | 37,491.41 |
| 07/01/13 | {6} | Entile Nutrition LLC | monthly pymt | 1129-000 | 851.60 | | 38,343.01 |
| 07/30/13 | {6} | Entile Nutrition LLC | mo. pymt. | 1129-000 | 851.60 | | 39,194.61 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.50 | 39,134.11 |
| 08/13/13 | 21003 | Illinois Department of Revenue | EIN 54-6859309 - Form IL-1041 yr end 4/30/12 | 2820-000 | | 369.00 | 38,765.11 |
| 08/13/13 | 21004 | Illinois Department of Revenue | EIN 54-6859309, Form IL-1041 yr. end 4/30/13 | 2820-000 | | 408.00 | 38,357.11 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.87 | 38,301.24 |
| 09/04/13 | {6} | Entile Nutrition, LLC | mo. pymt. | 1129-000 | 851.60 | | 39,152.84 |
| 09/06/13 | 21005 | Benning Group, LLC | Per Court order 9/4 to pay accts | 3410-000 | | 750.00 | 38,402.84 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.65 | 38,349.19 |
| 10/09/13 | 21006 | Illinois Department of Revenue | payment for 4/30/12 penalty & interest | 2820-000 | | 44.28 | 38,304.91 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.64 | 38,244.27 |
| 11/08/13 | {6} | Entile Nutrition, LLC | monthly pymt | 1129-000 | 282.60 | | 38,526.87 |
| 12/31/13 | 21007 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,271.25, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,271.25 | 37,255.62 |
| 12/31/13 | 21008 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,036.89, Trustee Compensation;  Reference: | 2100-000 | | 5,036.89 | 32,218.73 |
| 12/31/13 | 21009 | JOSEPH D. OLSEN | Dividend paid 100.00% on $65.31, Trustee Expenses;  Reference: | 2200-000 | | 65.31 | 32,153.42 |
| 12/31/13 | 21010 | Advanta Bank Corp | Dividend paid 27.29% on $18,424.40; Claim# 1; Filed: $18,424.40; Reference: | 7100-000 | | 5,028.31 | 27,125.11 |
| 12/31/13 | 21011 | State Farm Bank | Dividend paid 27.29% on $7,431.43; Claim# 2; | 7100-000 | | 2,028.15 | 25,096.96 |

Subtotals :    $40,670.92    $15,573.96

{} Asset reference(s)

Printed: 02/28/2014 03:55 PM    V.13.14

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 09-72159 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WEINERT, JOHN A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****031165 - Checking Account |
| Taxpayer ID #: | **-***9309 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 02/28/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $7,431.43; Reference: | | | | |
| 12/31/13 | 21012 | American Express Centurion Bank | Dividend paid 27.29% on $2,339.14; Claim# 7; Filed: $2,339.14; Reference: | 7100-000 | | 638.39 | 24,458.57 |
| 12/31/13 | 21013 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 27.29% on $24,206.06; Claim# 8; Filed: $24,206.06; Reference: | 7100-000 | | 6,606.21 | 17,852.36 |
| 12/31/13 | 21014 | Midland Funding LLC | Dividend paid 27.29% on $1,000.89; Claim# 9; Filed: $1,000.89; Reference: | 7100-000 | | 273.16 | 17,579.20 |
| 12/31/13 | 21015 | Chase Bank USA, N.A. | Combined Check for Claims#4,5 | | | 15,715.99 | 1,863.21 |
| | | | Dividend paid 27.29% 6,945.60 on $25,449.64; Claim# 4; Filed: $25,449.64 | 7100-000 | | | 1,863.21 |
| | | | Dividend paid 27.29% 8,770.39 on $32,135.91; Claim# 5; Filed: $32,135.91 | 7100-000 | | | 1,863.21 |
| 12/31/13 | 21016 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#3,6 | | | 1,863.21 | 0.00 |
| | | | Dividend paid 27.29% 443.77 on $1,626.02; Claim# 3; Filed: $1,626.02 | 7100-000 | | | 0.00 |
| | | | Dividend paid 27.29% 1,419.44 on $5,201.04; Claim# 6; Filed: $5,201.04 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 40,670.92 | 40,670.92 | $0.00 |
| Less: Bank Transfers | 33,575.52 | 0.00 | |
| **Subtotal** | 7,095.40 | 40,670.92 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,095.40** | **$40,670.92** | |

{} Asset reference(s)                                           Printed: 02/28/2014 03:55 PM    V.13.14

Case 09-72159    Doc 44    Filed 03/04/14    Entered 03/04/14 11:56:26    Desc Main
Document      Page 16 of 16

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-72159 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** WEINERT, JOHN A | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****031166 - Checking Account |
| **Taxpayer ID #:** **-***9309 | **Blanket Bond:** $820,095.60  (per case limit) |
| **Period Ending:** 02/28/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
Net Receipts :        42,868.94
                    _____
Net Estate :         $42,868.94
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****62-65** | 7,665.81 | 0.00 | 0.00 |
| **Checking # 9200-******62-65** | 28,107.73 | 1,007.33 | 0.00 |
| **Checking # 9200-******62-66** | 0.00 | 1,190.69 | 0.00 |
| **Checking # ****031165** | 7,095.40 | 40,670.92 | 0.00 |
| **Checking # ****031166** | 0.00 | 0.00 | 0.00 |
| | **$42,868.94** | **$42,868.94** | **$0.00** |

{} Asset reference(s)                                        Printed: 02/28/2014 03:55 PM    V.13.14